■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT COLLINS, Appellant. [663 NYS2d 975] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 16, 1995 *(People v Collins,* 220 AD2d 610), affirming a judgment of the Supreme Court, Queens County, rendered November 23, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Pizzuto and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY COOK, Appellant. [659 NYS2d 510] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Friedmann, J.), rendered March 8, 1985, convicting him of robbery in the first degree, robbery in the second degree, burglary in the second degree, and sodomy in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

The Trial Judge's absence from the courtroom while the complainant's testimony was being read back to the jury, "with or without consent, is improper; it does not comport with the Judge's supervisory role, or with the established expectations and conventions that underlie the Judge's function" *(People v Rawlings,* 178 AD2d 619; *see, People v Lumpkin,* 173 AD2d 738; *People v Silver,* 240 App Div 259). Therefore, we reverse.

In light of the foregoing, it is unnecessary to address the defendant's remaining contention. Mangano, P. J., Ritter, Sullivan, Altman and McGinity, JJ., concur.